# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL DUFRENE

NO. 2019 KW 1232

**NOV 1 2 2019**

---

In Re:    Michael Dufrene, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1500598.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY, AND CRAIN, JJ.**

**WRIT DENIED.** The records of the Tangipahoa Parish Clerk's Office reflect that on October 28, 2019, the district court resentenced relator in accordance with the supreme court's May 28, 2019 ruling.

**VGW**
**JMG**
**WJC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT